UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SYED H. AKHTAR,                                        *
                                                      *
        Plaintiff,                                    *
                                                      *
        v.                                            *
                                                      *        Civil Action No. 26-30007-MGM
UNITED STATES CITIZENSHIP AND                         *
IMMIGRATION SERVICES, et al.                          *
                                                      *
        Defendants.                                   *
                                              ORDER
                                          May 11, 2026

MASTROIANNI, U.S.D.J.

    Syed H. Akhtar ("Plaintiff"), proceeding *pro se*, filed this action on January 21, 2026. (Dkt.

No. 1.) On March 19, 2026, Defendants filed a motion to dismiss for lack of subject matter

jurisdiction. (Dkt. No. 14.) Under Local Rule 7.1(b)(2), Plaintiff had fourteen days to oppose

Defendants' motion to dismiss, making his opposition due on April 2, 2026. To date, Plaintiff has

not filed an opposition or a request for an extension of time to do so.

    Accordingly, the court now ORDERS Plaintiff to file a response to Defendants' motion to

dismiss the complaint (Dkt. No. 14) no later than **May 26, 2026**. Plaintiff is warned that failure to

file a response to this order by **May 26, 2026,** may result in dismissal of this action. *See, e.g., Tower*

*Ventures, Inc. v. City of Westfield*, 296 F.3d 43, 46 (1st Cir. 2002) ("[D]isobedience of court orders, in

and of itself, constitutes extreme misconduct (and, thus, warrants dismissal)."); *Rosario-Diaz v.*

*González*, 140 F.3d 312, 315 (1st Cir. 1998) ("[A] litigant who ignores a case-management deadline

does so at his peril.").

    It is So Ordered.

                                                 /s/ Mark G. Mastroianni
                                                MARK G. MASTROIANNI
                                                United States District Judge